IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-01710-WDM-CBS

UNITED CARE CARE, INC.,

    Plaintiff(s),

v.

ROGER L. RATIGAN, et al.,

    Defendant(s).

_____

**ORDER**
_____

    There being no further activity in this case since the administrative closure January 6, 2004, it is now ordered that the complaint and this action are dismissed without prejudice.

    DATED at Denver, Colorado, on February 20, 2007.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge

PDF FINAL